# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NEWMAN, Jon O. | U.S.C.A., Second Circuit | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Board Member | Connecticut Appleseed Foundation |
| 6. | Trustee | No. 1 ▮ Trust (assets listed in Part VII, lines 81-108) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Yale University | three nights lodging and meals at Global Constitutional seminar, The Hague, Netheland | $1,000.00 |
| 2. HARVARD UNIVERSITY | ONE NIGHT LODGING TO ATTENA SYMPOSIUM ON VUDGE FRIENDLY BIOGRAPHY | $160.— |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | 11/14/2012 | Cambridge, Mass. | attend symposium on Judge Friendly biography | *ROUND TRIP TRAIN NYC TO BOSTON* |
| 2. | Osborn Maledon law firm | 11/30/2012-12/4/2012 | Phoenix, Ariz. | attend reception for newly appointed 9th Circuit judge | round trip airfare Sarasota, Fla. to Phoenix, Ariz. |
| 3. | Yale University | 8/27/12-9/1/12 | The Hague, Netherlands | attend Global Constitutional Seminar | round trip air fare New York City to The Hague, Natherlands |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- Sarasota, FL., Checking Acct. | A | Interest | K | T | | | | | |
| 3. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | J | T | | | | | |
| 4. ☐ People's Bank | A | Interest | J | T | | | | | |
| 5. ☐ Sovereign Bank | A | Interest | | | Closed | 3/1/12 | J | | |
| 6. ☐ Wells Fargo Bank | None | | J | T | | | | | |
| 7. BONDS: | | | | | | | | | |
| 8. Conn. Health '13 4.9 | B | Interest | | | Redeemed | 3/1/12 | K | | |
| 9. CT Tax '12 4.3 | A | Interest | | | Matured | 7/2/12 | J | | |
| 10. CT Spl. Tax '12 5.5 | B | Interest | | | Matured | 11/1/12 | K | | |
| 11. Groton '12 4.0 | B | Interest | | | Matured | 10/1/12 | K | | |
| 12. CT '13 4.25 | B | Interest | L | T | | | | | |
| 13. Puerto Rico '14 5.25 | C | Interest | K | T | | | | | |
| 14. Bridgeport '12 5.0 | B | Interest | | | Matured | 8/15/12 | K | | |
| 15. CT G.0. '13 5.0 | B | Interest | L | T | | | | | |
| 16. Hartford Cty. '13 3.25 | C | Interest | M | T | | | | | |
| 17. Fairfield '15 4.25 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bridgeport '13 5.0 | B | Interest | L | T | | | | | |
| 19. CT G.0. '13 5.375 | C | Interest | | | Redeemed | 6/15/12 | L | | |
| 20. CT G.0. '14 5.0 | C | Interest | M | T | | | | | |
| 21. Glastonbury '13 4.25 | B | Interest | L | T | | | | | |
| 22. CT RFDG, '16 5.0 | C | Interest | M | T | | | | | |
| 23. CT Spl. Tax '15 2.75 | B | Interest | M | T | | | | | |
| 24. CT Health '16 5.0 | C | Interest | M | T | | | | | |
| 25. New Haven '12 4.0 | B | Interest | | | Matured | 2/1/12 | K | | |
| 26. CT Health '15 3.4 | A | Interest | L | T | | | | | |
| 27. Hartford '15 5.25 | C | Interest | L | T | | | | | |
| 28. North Branford '16 3.75 | C | Interest | | | Redeemed | 11/1/12 | L | | |
| 29. CT G.0 '16 4.0 | B | Interest | L | T | | | | | |
| 30. Norwich '13 4.375 | B | Interest | | | Redeemed | 4/16/12 | L | | |
| 31. UConn. '16 5.0 | B | Interest | L | T | | | | | |
| 32. Darien '14 2.0 | A | Interest | L | T | | | | | |
| 33. Brookfield '14 3.5 | B | Interest | L | T | | | | | |
| 34. Stratford '13 3.25 | A | Interest | | | Redeemed | 2/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CT Hsg. Fin. '12 0.9 | A | Interest | | | Matured | 5/15/12 | K | | |
| 36. UConn '12 3.0 | B | Interest | | | Matured | 11/15/12 | L | | |
| 37. Shelton '17 2.125 | A | Interest | K | T | | | | | |
| 38. CT Ser. C '16 5.0 | B | Interest | L | T | | | | | |
| 39. Danbury '19 2.5 | A | Interest | L | T | | | | | |
| 40. Bay County, FL '19 4.25 | C | Interest | M | T | | | | | |
| 41. Florida Turnpike '14 5.0 | B | Interest | L | T | | | | | |
| 42. Babylon, NY '13 5.0 | B | Interest | L | T | | | | | |
| 43. NY Hsg. '18 2.25 | A | Interest | L | T | | | | | |
| 44. N.J. HCF '13 5.0 | B | Interest | L | T | Buy | 1/27/12 | L | | |
| 45. N.Y. Dorm. Auth. '14 4.0 | B | Interest | L | T | Buy | 1/27/12 | L | | |
| 46. Rensselaer Cnty N.Y. '15 4.2 | B | Interest | L | T | Buy | 2/8/12 | L | | |
| 47. Tarrant Cnty TX '13 5.0 | B | Interest | L | T | Buy | 3/7/12 | L | | |
| 48. Tulsa Cnty OK '14 4.0 | | None | L | T | Buy | 3/7/12 | L | | |
| 49. Lakewood CO CTFS Ref '15 4.0 | A | Interest | L | T | Buy | 4/24/12 | L | | |
| 50. Fremont CA CTFS '15 3.0 | | None | L | T | Buy | 5/10/12 | L | | |
| 51. Tampa Bay FL Wtr '18 5.0 | B | Interest | L | T | Buy | 5/10/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FL Hurricane Cat. Fund '16 5.0 | B | Interest | L | T | Buy | 5/10/12 | L | | |
| 53. STOCKS: | | | | | | | | | |
| 54. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 55. Air Products | B | Dividend | M | T | | | | | |
| 56. Johnson Contr. | C | Dividend | M | T | | | | | |
| 57. Merck | C | Dividend | M | T | | | | | |
| 58. Cummings Engine | B | Dividend | M | T | | | | | |
| 59. Minn. Mining | B | Dividend | L | T | | | | | |
| 60. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 61. Microsoft | A | Dividend | L | T | | | | | |
| 62. Cisco | A | Dividend | L | T | | | | | |
| 63. Total Fina | D | Dividend | M | T | | | | | |
| 64. Devon Energy | A | Dividend | L | T | | | | | |
| 65. Medco | | None | | | Sold | 4/3/12 | L | F | |
| 66. Calamos growth & income C Fund | A | Dividend | M | T | | | | | |
| 67. Henderson Intl. Opportunities C Fund | | None | K | T | | | | | |
| 68. Prudential Jennison SM Comp C Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dreyfus Tech GRW C Fund | | None | K | T | | | | | |
| 70. Mainstay large cap GRW C Fund | A | Dividend | K | T | | | | | |
| 71. Fed Max Cap index I Fund | A | Dividend | K | T | | | | | |
| 72. Schwab 1000 index inv Fund | A | Dividend | K | T | | | | | |
| 73. Express Scripts | | None | M | T | Spinoff (from line 65) | 3/1/12 | J | | |
| 74. Oppenheimer Sr floating rate C Fund | B | Dividend | L | T | Buy | 3/5/12 | L | | |
| 75. OTHER: | | | | | | | | | |
| 76. 1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 77. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 78. Condo, University Park, FL purchased 4/9/99, $179,000 | | None | M | R | | | | | |
| 79. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 80. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 81. TRUST # 1 | E | Int./Div. | P1 | T | | | | | |
| 82. - Dupont | | | | | | | | | |
| 83. - Exxon Mobil | | | | | | | | | |
| 84. - G.E. | | | | | | | | | |
| 85. - Norfolk Southern | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - M & T Bank | | | | | | | | | |
| 87. - Pfizer | | | | | | | | | |
| 88. - Insteel | | | | | | | | | |
| 89. - Alexander and Baldwin | | | | | | | | | |
| 90. - Corning | | | | | | | | | |
| 91. - Honeywell | | | | | | | | | |
| 92. - Pitney Bowes | | | | | | | | | |
| 93. - Philips | | | | | | | | | |
| 94. - Tyco Int'l. | | | | | | | | | |
| 95. - Hartford Cty. '12 3.125 | | | | | Matured | 6/1/12 | K | | |
| 96. - New Caanan '13 3.75 | | | | | Redeemed | 4/2/12 | K | | |
| 97. - Newtown '15 3.5 | | | | | | | | | |
| 98. - Ledyard '13 5.0 | | | | | | | | | |
| 99. - New Haven '20 5.0 | | | | | Redeemed | 11/1/12 | K | | |
| 100. - Covidien | | | | | | | | | |
| 101. - Tyco | | | | | | | | | |
| 102. - CT Spl. Tax '20 3.9 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - SmithBarney Bank Deposit Program | | | | | | | | | |
| 104.  - NY Prior Issues '17 5.0 | | | | | | | | | |
| 105.  - Niskayuna NY '15 5.0 | | | | | | | | | |
| 106.  - Lee Cnty FL '19 4.750 | | | | | Buy | 11/21/11 | L | | |
| 107.  - Pentair | | | | | Spinoff (from line 101) | 9/28/12 | J | | |
| 108. | | | | | Sold | 9/28/12 | J | A | |
| 109.  ▢ TRUST # 2 | G | Int./Div. | P1 | T | | | | | |
| 110.  - Home Depot | | | | | | | | | |
| 111.  - McDonald's | | | | | | | | | |
| 112.  - General Mills | | | | | | | | | |
| 113.  - Pepsico | | | | | | | | | |
| 114.  - Procter & Gamble | | | | | | | | | |
| 115.  - Sara Lee | | | | | Merged (with line 233) | 7/10/12 | J | | |
| 116.  - American Express | | | | | Buy (add'l) | 11/9/12 | J | | |
| 117.  - Plum Creek Timber | | | | | | | | | |
| 118.  - St. Paul Travelers | | | | | | | | | |
| 119.  - Baxter International | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Cigna | | | | | | | | | |
| 121. - Edwards Lifescience | | | | | | | | | |
| 122. - Medco Health Solutions | | | | | Sold (part) | 4/3/12 | K | D | |
| 123. - Emerson Electric | | | | | | | | | |
| 124. - Minnesota Mining | | | | | | | | | |
| 125. - Agilent | | | | | | | | | |
| 126. - Automatic Data | | | | | | | | | |
| 127. - Intel | | | | | | | | | |
| 128. - RPM Int'l | | | | | | | | | |
| 129. - Dominion Resources | | | | | | | | | |
| 130. - Wethersfield CT '12 3.1 | | | | | Matured | 6/15/12 | K | A | |
| 131. - CT State '12 4.0 | | | | | Matured | 7/2/12 | K | | |
| 132. - CT State '13 3.5 | | | | | | | | | |
| 133. - CT State '13 4.0 | | | | | | | | | |
| 134. - Tolland CT '13 4.0 | | | | | | | | | |
| 135. - University CT '14 3.7 | | | | | | | | | |
| 136. - CT State '14 4.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Glastonbury '14 3.75 | | | | | | | | | |
| 138.  - CT State '14 4.0 | | | | | | | | | |
| 139.  - South Central Water '15 4.0 | | | | | | | | | |
| 140.  - Groton CT '15 3.75 | | | | | | | | | |
| 141.  - CT State '15 3.5 | | | | | | | | | |
| 142.  - Becton | | | | | Sold | 9/10/12 | J | | |
| 143.  - T. Rowe Price | | | | | | | | | |
| 144.  - CT Hsg. Fin. '16 3.9 | | | | | Redeemed | 2/10/12 | J | | |
| 145.  - CT Health '15 3.5 | | | | | | | | | |
| 146.  - CT Health '17 3.5 | | | | | | | | | |
| 147.  - Hartford County '18 3.5 | | | | | | | | | |
| 148.  - Watertown CT '17 4.0 | | | | | Redeemed | 8/1/12 | K | A | |
| 149.  - Dentsply Intl. | | | | | | | | | |
| 150.  - CT Elec. '16 4.0 | | | | | | | | | |
| 151.  - CT '14 3.3 | | | | | | | | | |
| 152.  - IBM | | | | | | | | | |
| 153.  - Southington CT '18 3.5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Plymouth CT '17 3.0 | | | | | | | | | |
| 155. - Bethel CT '17 3.0 | | | | | | | | | |
| 156. - Guilford CT '18 3.0 | | | | | | | | | |
| 157. - People's United Fin. | | | | | | | | | |
| 158. - Newton CT '16 2.25 | | | | | | | | | |
| 159. - Adobe | | | | | | | | | |
| 160. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 161. - NY Dorm. '17 5.0 | | | | | | | | | |
| 162. - Abbott Labs | | | | | | | | | |
| 163. - Air Products | | | | | Buy (add'l) | 4/30/12 | J | | |
| 164. - Apache | | | | | Buy (add'l) | 5/12/12 | J | | |
| 165. - Apple | | | | | Buy (add'l) | 2/2/12 | J | | |
| 166. - Arcos Dorados | | | | | Buy (add'l) | 1/11/12 | J | | |
| 167. - Blackrock | | | | | Buy (add'l) | 2/2/12 | J | | |
| 168. - Caterpillar | | | | | Buy (add'l) | 6/28/12 | J | | |
| 169. - Chevron | | | | | | | | | |
| 170. - Cisco | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Coca-cola | | | | | Buy (add'l) | 2/2/12 | J | | |
| 172.  - Conoco | | | | | | | | | |
| 173.  - Disney | | | | | | | | | |
| 174.  - Exxon | | | | | | | | | |
| 175.  - Franklin Resources | | | | | | | | | |
| 176.  - Freeport McMoran | | | | | Buy (add'l) | 5/14/12 | J | | |
| 177.  - General Dynamics | | | | | Sold | 2/2/12 | J | | |
| 178.  - General Electric | | | | | | | | | |
| 179.  - Green Mt. Coffee | | | | | Sold | 3/12/12 | J | | |
| 180.  - HSBC | | | | | | | | | |
| 181.  - Intel | | | | | | | | | |
| 182.  - IBM | | | | | Buy (add'l) | 9/13/12 | J | | |
| 183.  - Intuitive Surgical | | | | | | | | | |
| 184.  - JP Morgan Chase | | | | | | | | | |
| 185.  - Johnson & Johnson | | | | | | | | | |
| 186.  - Kraft | | | | | | | | | |
| 187.  - Estee Lauder | | | | | Buy (add'l) | 2/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - McDonalds | | | | | | | | | |
| 189. - McGraw Hill | | | | | Sold | 11/12/12 | J | A | |
| 190. - Medtronic | | | | | Sold | 11/9/12 | J | | |
| 191. - Merck | | | | | Sold (part) | 5/14/12 | J | | |
| 192. - Nestle | | | | | | | | | |
| 193. - News Corp. | | | | | | | | | |
| 194. - Novo-Nordisk | | | | | | | | | |
| 195. - Occidental Petroleum | | | | | Buy (add'l) | 4/16/12 | J | | |
| 196. - Phillip Morris | | | | | | | | | |
| 197. - Praxair | | | | | Buy (add'l) | 2/14/12 | J | | |
| 198. - Prudential Fin. | | | | | | | | | |
| 199. - Qualcomm | | | | | | | | | |
| 200. - Rio Tinto | | | | | Buy (add'l) | 6/1/12 | J | | |
| 201. - Roche Holding | | | | | | | | | |
| 202. - Royal Dutch | | | | | Buy (add'l) | 5/17/12 | J | | |
| 203. - Target | | | | | | | | | |
| 204. - Texas Instruments | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Time Warner | | | | | | | | | |
| 206. - Total | | | | | Buy (add'l) | 5/8/12 | J | | |
| 207. - United Technologies | | | | | | | | | |
| 208. - Wal-mart | | | | | | | | | |
| 209. - Walgreen | | | | | Sold (part) | 2/2/12 | J | | |
| 210. - Powershares fundamental pure mid value Fund | | | | | | | | | |
| 211. - Powershares fundamental pure mid growth Fund | | | | | Buy | 12/2/11 | J | | |
| 212. - SPDR Dow Jones Wilshire Intl. Real Est. Fund | | | | | | | | | |
| 213. - SPDR Nuveen Barclays capital M Fund | | | | | | | | | |
| 214. - Vanguard total world stock index Fund | | | | | | | | | |
| 215. - Artisan midcap value INV Fund | | | | | | | | | |
| 216. - Calamos market neutral inc I Fund | | | | | | | | | |
| 217. - Cohen & Steers Realty SHS Fund | | | | | | | | | |
| 218. - Davis NY venture Y Fund | | | | | | | | | |
| 219. - Franklin convertible SEC ADV Fund | | | | | | | | | |
| 220. - Henderson Intl. Fund | | | | | Sold | 5/11/12 | K | | |
| 221. - Invesco Premier tax exempt Inst. Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - Ivy Global Natural Resources Fund | | | | | Buy (add'l) | 5/18/12 | J | | |
| 223. - JP Morgan dynamic Sm CP GR SEL Fund | | | | | | | | | |
| 224. - Lord Abbett bond deb F Fund | | | | | | | | | |
| 225. - Mainstay large cap. GRW I Fund | | | | | | | | | |
| 226. - Nuveen limited term muni bond I Fund | | | | | | | | | |
| 227. - Nuveen tradewinds Emerg. Mkts. I Fund | | | | | | | | | |
| 228. - Oppenheimer Intl. bond Y Fund | | | | | | | | | |
| 229. - Prudential Jennison mid cap GW Z Fund | | | | | | | | | |
| 230. - Royce Premier INV Fund | | | | | | | | | |
| 231. - Legg Mason Western Assets Emerg. Mkt. debt I Fund | | | | | | | | | |
| 232. - Westport CT '13 5.0 | | | | | Buy | 11/8/12 | M | | |
| 233. - DeMaster Blender | | | | | Buy | 7/10/12 | K | | |
| 234. - Oracle | | | | | Buy | 5/16/12 | J | | |
| 235. - Pepsico | | | | | Buy | 2/15/12 | J | | |
| 236. - Procter & Gambld\e | | | | | Buy | 2/14/12 | J | | |
| 237. - Sabmiller | | | | | Buy | 3/13/12 | J | | |
| 238. - Xilinx | | | | | Buy | 5/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -College Charleston SC higher ed fac rfdg '15 2.0 | | | | | Buy | 2/8/12 | L | | |
| 240. - ☐ TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 241. - Staples | | | | | Sold | 9/19/12 | J | | |
| 242. - Target | | | | | Buy (add'l) | 1/6/12 | J | | |
| 243. - Pepsico | | | | | | | | | |
| 244. - Procter & Gamble | | | | | Buy (add'l) | 10/11/12 | J | | |
| 245. - Apache | | | | | | | | | |
| 246. - ExxonMobil | | | | | | | | | |
| 247. - Wells Fargo | | | | | | | | | |
| 248. - Johnson & Johnson | | | | | | | | | |
| 249. - Minnesota Mining | | | | | | | | | |
| 250. - Danaher | | | | | | | | | |
| 251. - Emerson Electric | | | | | | | | | |
| 252. - Accenture | | | | | | | | | |
| 253. - Microsoft | | | | | | | | | |
| 254. - Wethersfield CT '12 3.1 | | | | | Matured | 6/15/12 | K | A | |
| 255. - CT State '12 4.0 | | | | | Matured | 7/1/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - N.J. State '13 5.7 | | | | | Redeemed (part) | 5/1/12 | J | A | |
| 257. - University CT '14 3.7 | | | | | | | | | |
| 258. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 259. - Apple | | | | | | | | | |
| 260. - CT ST '14 3.0 | | | | | | | | | |
| 261. - Southington CT '18 3.5 | | | | | | | | | |
| 262. - CT High '17 3.85 | | | | | | | | | |
| 263. - Griswold CT '18 3.0 | | | | | | | | | |
| 264. - Marlborough CT '16 4.0 | | | | | | | | | |
| 265. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 266. - Air Liquide | | | | | | | | | |
| 267. - Allianz | | | | | | | | | |
| 268. - American Movil | | | | | | | | | |
| 269. - American Express | | | | | Sold (part) | 5/30/12 | J | A | |
| 270. - Arm Holdings | | | | | Buy | 6/4/12 | J | | |
| 271. | | | | | Sold (part) | 12/13/12 | J | A | |
| 272. - BG Group | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - CR Bard | | | | | | | | | |
| 274. - Barrick Gold | | | | | Buy (add'l) | 8/12/12 | J | | |
| 275. - Bunge | | | | | | | | | |
| 276. - CSL Ltd. | | | | | | | | | |
| 277. - CVS | | | | | Sold (part) | 5/30/12 | J | A | |
| 278. - Canadian Nat. Ry. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 279. - Canon | | | | | Sold | 7/31/12 | J | | |
| 280. - Carnival | | | | | Sold | 5/10/12 | J | | |
| 281. - Chevron | | | | | Sold (part) | 12/21/12 | J | A | |
| 282. - China Res. Ent. | | | | | Sold | 4/5/12 | J | | |
| 283. - Chubb | | | | | Buy (add'l) | 1/27/12 | J | | |
| 284. - Cisco | | | | | Sold (part) | 12/11/12 | J | A | |
| 285. - Cochlear | | | | | | | | | |
| 286. - Conoco | | | | | Buy (add'l) | 5/3/12 | J | | |
| 287. - DBS Group | | | | | | | | | |
| 288. - Dessault systems | | | | | Sold (part) | 2/16/12 | J | A | |
| 289. - Dell | | | | | Buy (add'l) | 5/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Dr. Pepper | | | | | Buy (add'l) | 3/2/12 | J | | |
| 291. - EBay | | | | | | | | | |
| 292. - Erste Group | | | | | Sold | 7/17/12 | J | | |
| 293. - Fanuc | | | | | Buy (add'l) | 6/1/12 | J | | |
| 294. - Fresenius | | | | | | | | | |
| 295. - Gazprom | | | | | | | | | |
| 296. - Glaxo | | | | | | | | | |
| 297. - Google | | | | | Sold (part) | 10/8/12 | J | A | |
| 298. - HSBC | | | | | | | | | |
| 299. - Hoya | | | | | Sold | 12/4/12 | J | | |
| 300. -Icici Bank | | | | | | | | | |
| 301. - Imperial Oil | | | | | | | | | |
| 302. - Itau | | | | | Buy (add'l) | 9/16/12 | J | | |
| 303. - JGC | | | | | | | | | |
| 304. - Jupiter Telecom | | | | | Sold | 5/25/12 | J | | |
| 305. - Kimberly Clark | | | | | Sold | 1/4/12 | J | A | |
| 306. - Li & Fung | | | | | Buy (add'l) | 5/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - L'Oreal | | | | | | | | | |
| 308. - LVMH Moet | | | | | | | | | |
| 309. - Lilly | | | | | Sold | 2/1/12 | J | A | |
| 310. - Lonza | | | | | Buy (add'l) | 4/9/12 | J | | |
| 311. - Microsoft | | | | | | | | | |
| 312. - Molson | | | | | | | | | |
| 313. - MTN group | | | | | Sold (part) | 5/30/12 | J | A | |
| 314. - Nestle | | | | | Buy (add'l) | 5/31/12 | J | | |
| 315. - Newmont | | | | | Buy (add'l) | 3/5/12 | J | | |
| 316. - Northrop | | | | | | | | | |
| 317. - Novartis | | | | | Sold | 9/24/12 | J | A | |
| 318. - Petroleo | | | | | Sold | 10/24/12 | J | A | |
| 319. - PNC Financial | | | | | Buy (add'l) | 10/18/12 | J | | |
| 320. - Qiagen-Eur. | | | | | | | | | |
| 321. - Roche | | | | | | | | | |
| 322. - SAP Ag | | | | | Buy (add'l) | 6/1/12 | J | | |
| 323. - Sasol | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Schlumberger | | | | | Buy (add'l) | 5/31/12 | J | | |
| 325. - Schneider | | | | | | | | | |
| 326. - Schwab | | | | | | | | | |
| 327. - Sigma-Aldrich | | | | | | | | | |
| 328. - Sonova | | | | | | | | | |
| 329. - Suntrust | | | | | | | | | |
| 330. - Swatch | | | | | Buy (add'l) | 6/1/12 | J | | |
| 331. - Taiwan semiconductor | | | | | Buy (add'l) | 8/1/12 | J | | |
| 332. - Tesco | | | | | | | | | |
| 333. - Torchmark | | | | | | | | | |
| 334. - Travelers | | | | | | | | | |
| 335. - Turkiye Garanti | | | | | | | | | |
| 336. - Unicharm | | | | | | | | | |
| 337. - US Bancorp | | | | | Buy (add'l) | 6/4/12 | J | | |
| 338. - WPP Plc | | | | | Buy (add'l) | 6/1/12 | J | | |
| 339. - Wal-mart Mexico | | | | | Sold | 5/10/12 | J | | |
| 340. - Wal-mart | | | | | Sold (part) | 5/29/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - IShares TR MSCI small cap Fund | | | | | | | | | |
| 342. - Vanguard total world stock index Fund | | | | | Sold | 1/30/12 | J | A | |
| 343. - Alliance Bernstein discovery value adv Fund | | | | | | | | | |
| 344. - Franklin fed. Int Trm Tx FR A Fund | | | | | | | | | |
| 345. - Gabelli equity income I Fund | | | | | | | | | |
| 346. - Invesco Premier Tx Exempt Inst. Fund | | | | | | | | | |
| 347. - Oakmark intl. small cap I Fund | | | | | | | | | |
| 348. - Lord Abbett Emerg. mkts. curr. F Fund | | | | | | | | | |
| 349. - Lord Abbett Convertible F Fund | | | | | | | | | |
| 350. - Nuveen ltd. trm muni bond I Fund | | | | | | | | | |
| 351. - Oppenheimer intl. bond Y Fund | | | | | | | | | |
| 352. - Pimco Real Return P Fund | | | | | Buy (add'l) | 3/15/12 | J | | |
| 353. - Thornburg intl. value I Fund | | | | | | | | | |
| 354. - Tweedy Browne global value Fund | | | | | | | | | |
| 355. - Greece NY '15 | | | | | Buy | 3/30/12 | L | | |
| 356. - Henderson NV '15 5.0 | | | | | Buy | 3/30/12 | L | | |
| 357. - Bay County FL '18 3.5 | | | | | Buy | 3/7/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - AIA Group | | | | | Buy | 9/25/12 | J | | |
| 359. - Anheuser-Busch | | | | | Buy | 6/28/12 | J | | |
| 360. - Atlas Copco | | | | | Buy | 3/6/12 | J | | |
| 361. - Becton | | | | | Buy | 6/1/12 | J | | |
| 362. - Exelon | | | | | Buy | 11/15/12 | J | | |
| 363. - Medtronic | | | | | Buy | 1/30/12 | J | | |
| 364. - Nokian Tyres | | | | | Buy | 6/28/12 | J | | |
| 365. - Petroleo ADS | | | | | Buy | 10/4/12 | J | | |
| 366. - Phillips 66 | | | | | Spinoff (from line 286) | 5/1/12 | J | | |
| 367. | | | | | Sold | 5/3/12 | J | | |
| 368. - Potash | | | | | Buy | 9/26/12 | J | | |
| 369. - Svenska | | | | | Buy | 7/23/12 | J | | |
| 370. - Sysmex | | | | | Buy | 5/24/12 | J | | |
| 371. - Unilever NV NY | | | | | Buy | 6/1/12 | J | | |
| 372. - Xinyi | | | | | Buy | 7/11/12 | J | | |
| 373. TRUST #4 | E | Int./Div. | P1 | T | | | | | |
| 374. - Procter & Gamble | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 26 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - ExxonMobil | | | | | | | | | |
| 376. - Noble | | | | | | | | | |
| 377. - Danaher | | | | | | | | | |
| 378. - United Technologies | | | | | | | | | |
| 379. - Accenture | | | | | | | | | |
| 380. - Automatic Data Processing | | | | | | | | | |
| 381. - Ecolab | | | | | | | | | |
| 382. - Wethersfield CT '12 3.1 | | | | | Matured | 6/15/12 | K | A | |
| 383. - CT State '12 4.0 | | | | | Matured | 7/2/12 | K | | |
| 384. - University CT '14 3.7 | | | | | | | | | |
| 385. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 386. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 387. - Apple | | | | | | | | | |
| 388. - Nike Class B | | | | | | | | | |
| 389. - Southington CT '18 3.5 | | | | | | | | | |
| 390. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 391. - Air Liquide | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  - Allianz | | | | | | | | | |
| 393.  - AMC | | | | | | | | | |
| 394.  - American Movil | | | | | | | | | |
| 395.  - Anadarko | | | | | Buy (add'l) | 3/28/12 | J | | |
| 396.  - Anasys | | | | | | | | | |
| 397.  - Arm Holdings | | | | | Buy (add'l) | 8/1/12 | J | | |
| 398. | | | | | Sold (part) | 12/13/12 | J | A | |
| 399.  - Atlas Copco | | | | | | | | | |
| 400.  - BG group | | | | | Buy (add'l) | 4/10/12 | J | | |
| 401.  - Biogen | | | | | | | | | |
| 402.  - Blackbaud | | | | | | | | | |
| 403.  - Brown & Brown | | | | | Sold | 8/17/12 | J | A | |
| 404.  - Bunge | | | | | | | | | |
| 405.  - CSL | | | | | | | | | |
| 406.  - Cablevision | | | | | Buy (add'l) | 6/1/12 | J | | |
| 407.  - Canadian Nat. Ry. | | | | | | | | | |
| 408.  - Canon | | | | | Sold | 7/31/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Carnival | | | | | Sold | 5/10/12 | J | | |
| 410. - Cherokee | | | | | Sold | 1/12/12 | J | | |
| 411. - China Res. Ent. | | | | | Sold | 4/5/12 | J | | |
| 412. - Choice Hotels | | | | | Sold | 1/24/12 | J | | |
| 413. - Church & Dwight | | | | | Sold (part) | 8/17/12 | J | A | |
| 414. - Citrix | | | | | Buy (add'l) | 10/19/12 | J | | |
| 415. - Clarcor | | | | | | | | | |
| 416. - Cochlear | | | | | | | | | |
| 417. - Comcast | | | | | | | | | |
| 418. - Covidien | | | | | | | | | |
| 419. - Cree | | | | | | | | | |
| 420. - CSL | | | | | | | | | |
| 421. - DBS | | | | | | | | | |
| 422. - Dassault | | | | | | | | | |
| 423. - Directv | | | | | | | | | |
| 424. - Donaldson | | | | | | | | | |
| 425. - Dresser-Rand | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - Eaton Vance | | | | | | | | | |
| 427. - Erste group | | | | | Sold | 7/18/12 | J | | |
| 428. - Factset Research | | | | | Buy (add'l) | 1/24/12 | J | | |
| 429. - Fanuc | | | | | | | | | |
| 430. - Federated Invs. | | | | | Sold | 12/20/12 | J | | |
| 431. - Fluor | | | | | Buy (add'l) | 6/1/12 | J | | |
| 432. - Forest Labs. | | | | | | | | | |
| 433. - Freeport McMoran | | | | | Buy (add'l) | 3/28/12 | J | | |
| 434. - Fresenius | | | | | | | | | |
| 435. - Gazprom | | | | | Buy (add'l) | 1/11/12 | J | | |
| 436. - HSBC | | | | | | | | | |
| 437. - Helco | | | | | | | | | |
| 438. - Henry (Jack) | | | | | | | | | |
| 439. - Hoya | | | | | Sold | 12/4/12 | J | | |
| 440. - Human Genome | | | | | Sold | 7/16/12 | J | | |
| 441. - Icici Bank | | | | | | | | | |
| 442. - Imperial Oil | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Isis Pharmeceuticals | | | | | | | | | |
| 444. - Itau Unibanco | | | | | Buy (add'l) | 9/26/12 | J | | |
| 445. - JGC | | | | | | | | | |
| 446. - Jupiter | | | | | Sold | 5/25/12 | J | | |
| 447. - Landstar | | | | | Sold (part) | 8/17/12 | J | A | |
| 448. - L3 Comm. | | | | | | | | | |
| 449. - Li & Fung | | | | | Buy (add'l) | 2/10/12 | J | | |
| 450. - Liberty media co liberty cap A | | | | | | | | | |
| 451. - Liberty interactive co inter A | | | | | Sold (part) | 8/17/12 | J | | |
| 452. - Lonza | | | | | | | | | |
| 453. - L'Oreal | | | | | | | | | |
| 454. - LVMH Moet | | | | | | | | | |
| 455. - MSC Indus. | | | | | | | | | |
| 456. - Microchip | | | | | | | | | |
| 457. - MTN group | | | | | | | | | |
| 458. - National Instruments | | | | | Sold (part) | 8/17/12 | J | | |
| 459. - Nestle | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Novartis | | | | | Sold | 9/24/12 | J | A | |
| 461. - Nucor | | | | | Buy (add'l) | 6/1/12 | J | | |
| 462. - Pall | | | | | | | | | |
| 463. - Petroleo | | | | | Sold | 10/4/12 | J | | |
| 464. - Price Smart | | | | | Sold (part) | 1/24/12 | J | A | |
| 465. - Qiagen | | | | | | | | | |
| 466. - RBC Bearings | | | | | Buy (add'l) | 4/9/12 | J | | |
| 467. - Roche | | | | | | | | | |
| 468. - Ross Stores | | | | | Sold (part) | 1/24/12 | J | A | |
| 469. - Sandisk | | | | | Buy (add'l) | 4/12/12 | J | | |
| 470. - SAP AG | | | | | Buy (add'l) | 5/4/12 | J | | |
| 471. - Sasol | | | | | | | | | |
| 472. - Schlumberger | | | | | Buy (add'l) | 5/10/12 | J | | |
| 473. - Schneider Elec. | | | | | | | | | |
| 474. - Seagate Tech. | | | | | | | | | |
| 475. - Silgan | | | | | | | | | |
| 476. - Sirona | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - Sonova | | | | | | | | | |
| 478.  - Stericycle | | | | | Sold | 3/1/12 | J | | |
| 479.  - Swatch | | | | | | | | | |
| 480.  - Taiwan Semiconductor | | | | | Buy (add'l) | 8/1/12 | J | | |
| 481.  - TE Connectivity | | | | | | | | | |
| 482.  - Techne | | | | | | | | | |
| 483.  - Tesco | | | | | | | | | |
| 484.  - Turkiye Garanti | | | | | | | | | |
| 485.  - Tyco Intl. | | | | | | | | | |
| 486.  - Unicharm | | | | | | | | | |
| 487.  - Unilever | | | | | | | | | |
| 488.  - United Health | | | | | | | | | |
| 489.  - VCA Amtech | | | | | Sold | 9/21/12 | J | | |
| 490.  - Vertex | | | | | | | | | |
| 491.  - Wal-mart | | | | | Sold | 5/10/12 | J | A | |
| 492.  - Weatherford Intl. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 493.  - Wiley | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Wolverine | | | | | Buy (add'l) | 4/18/12 | J | | |
| 495. - World Fuel | | | | | Sold (part) | 7/23/12 | J | A | |
| 496. - WPP | | | | | Sold (part) | 9/2/12 | J | | |
| 497. - IShares Russell 3000 Index Fund | | | | | | | | | |
| 498. - IShares MSCI Value Index Fund | | | | | | | | | |
| 499. - Vanguard total world stock index Fund | | | | | Sold | 1/30/12 | J | A | |
| 500. - Alliance Bernstein Global Bond ADV Fund | | | | | | | | | |
| 501. - Columbia Acorn Z Fund | | | | | | | | | |
| 502. - Franklin Fed Int Trm tax-free A Fund | | | | | | | | | |
| 503. - Lord Abbett emerg. Curr F Fund | | | | | | | | | |
| 504. - Lord Abbett Conv. F Fund | | | | | | | | | |
| 505. -Nuveen Tradewinds Emerg Mkts I Fund | | | | | Buy (add'l) | 6/1/12 | J | | |
| 506. - Pimco Real Return Bond P Fund | | | | | | | | | |
| 507. - TCW Total Return Bond I Fund | | | | | | | | | |
| 508. - Wells Fargo Adv Opport Admin Fund | | | | | | | | | |
| 509. - Copart | | | | | Buy | 5/10/12 | J | | |
| 510. | | | | | Sold (part) | 12/20/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511.  - Engility | | | | | Spinoff (from line 448) | 7/17/12 | J | | |
| 512. | | | | | Sold | 7/17/12 | J | A | |
| 513.  - Phoenix AZ Civic '15 4.0 | | | | | Buy | 3/7/12 | L | | |
| 514.  - NYC Transition Finance '16 5.0 | | | | | Buy | 4/24/12 | L | | |
| 515.  - Phila. Pa. School '14 5.0 | | | | | Buy | 4/24/12 | L | | |
| 516.  - CT G.O. Ser. C '14 5.25 | | | | | Buy | 11/8/12 | M | | |
| 517.  - AIA Group | | | | | Buy | 9/28/12 | J | | |
| 518.  - Anheuser-Busch | | | | | Buy | 6/28/12 | J | | |
| 519.  - Autodesk | | | | | Buy | 1/30/12 | J | | |
| 520.  - Dolby | | | | | Buy | 1/30/12 | J | | |
| 521.  - Hillenbrand | | | | | Buy | 2/28/12 | J | | |
| 522.  - Liberty Interactive Corp Interactive ser. A | | | | | Buy | 5/10/12 | J | | |
| 523. | | | | | Sold (part) | 8/17/12 | J | | |
| 524.  - Liberty Media Co | | | | | Buy | 5/10/12 | J | | |
| 525.  - MSCI Inc Com | | | | | Buy | 9/21/12 | J | | |
| 526.  - Nokian Tyres | | | | | Buy | 6/28/12 | J | | |
| 527.  - Petroleo SA ADS | | | | | Buy | 10/4/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  - Potash | | | | | Buy | 9/26/12 | J | | |
| 529.  - Svenska | | | | | Buy | 7/26/12 | J | | |
| 530.  - Sysmex | | | | | Buy | 12/5/12 | J | | |
| 531.  - Tempur-pedic intl | | | | | Buy | 5/7/12 | J | | |
| 532. | | | | | Sold | 6/7/12 | J | | |
| 533.  - Xinyi | | | | | Buy | 7/13/12 | J | | |
| 534.  - Broadcom | | | | | Buy | 12/7/12 | J | | |
| 535.  - Cohen & Steers | | | | | Buy | 12/20/12 | J | | |
| 536.  - Expeditors Intl Wash. | | | | | Buy | 8/17/12 | J | | |
| 537.  - Immunogen | | | | | Buy | 12/7/12 | J | | |
| 538.  - National Oilwell Varco | | | | | Buy | 5/10/12 | J | | |
| 539.  - Pentair | | | | | Buy | 5/10/12 | J | | |
| 540.  - The ADT Corp. | | | | | Buy | 5/10/12 | J | | |
| 541.  - Invesco Premier Tx Exempt Inst. Fund | | | | | Buy | 5/10/12 | K | | |
| 542.  ☐ IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 543.  - Walt Disney | | | | | | | | | |
| 544.  - McDonalds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Staples | | | | | | | | | |
| 546. - Procter & Gamble | | | | | | | | | |
| 547. - ExxonMobil | | | | | | | | | |
| 548. - Bank of New York | | | | | | | | | |
| 549. - Johnson & Johnson | | | | | | | | | |
| 550. - G.E. | | | | | | | | | |
| 551. - Intel | | | | | Buy (add'l) | 10/10/12 | J | | |
| 552. - I.B.M. | | | | | Sold (part) | 7/18/12 | J | A | |
| 553. - Microsoft | | | | | | | | | |
| 554. - Oracle | | | | | | | | | |
| 555. - Verizon | | | | | | | | | |
| 556. - Goldman Sachs '12 5.7 | | | | | Sold | 9/4/12 | K | | |
| 557. - Kimberly Clark '13 5.0 | | | | | | | | | |
| 558. - Pitney Bowes '14 4.875 | | | | | | | | | |
| 559. - United Technologies | | | | | | | | | |
| 560. - CVS | | | | | | | | | |
| 561. - G.E. '14 5.65 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Bell South '16 5.2 | | | | | | | | | |
| 563. - Lowes '15 5.0 | | | | | | | | | |
| 564. - Caterpillar '15 4.75 | | | | | | | | | |
| 565. - Bank of America '16 5.75 | | | | | | | | | |
| 566. - Goldman Sachs M/C Fund | | | | | | | | | |
| 567. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 568. - Aetna | | | | | | | | | |
| 569. - Air Liquide | | | | | | | | | |
| 570. - Alcatel | | | | | Sold | 7/28/12 | J | | |
| 571. - Allergan | | | | | Sold | 10/31/12 | J | A | |
| 572. - Allianz | | | | | Buy (add'l) | 5/7/12 | J | | |
| 573. - Allstate | | | | | | | | | |
| 574. - Amazon | | | | | Sold (part) | 02/17/12 | J | | |
| 575. - American Movil | | | | | | | | | |
| 576. - American Express | | | | | Sold (part) | 05/21/12 | J | A | |
| 577. - American Tower | | | | | | | | | |
| 578. - Anadarko | | | | | Sold (part) | 03/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEWMAN, Jon O. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  - Apache | | | | | | | | | |
| 580.  - Apple | | | | | Sold (part) | 10/31/12 | J | A | |
| 581.  - Arm Holding | | | | | | | | | |
| 582.  - Astrazeneca | | | | | | | | | |
| 583.  - Atlas Copco | | | | | | | | | |
| 584.  - BG Group | | | | | | | | | |
| 585.  - BP | | | | | | | | | |
| 586.  - Baidu | | | | | Sold | 11/16/12 | J | | |
| 587.  - Bank of America | | | | | | | | | |
| 588.  - Best Buy | | | | | | | | | |
| 589.  - BHP Billiton | | | | | | | | | |
| 590.  - Blackrock | | J | | | | | | | |
| 591.  - Boeing | | | | | Sold (part) | 04/11/12 | J | | |
| 592.  - Bunge | | | | | | | | | |
| 593.  - Canadian Nat. Ry. | | | | | | | | | |
| 594.  - Canon | | | | | Sold | 07/31/12 | J | | |
| 595.  - Capital One | | | | | Sold (part) | 05/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Carnival | | | | | Sold (part) | 05/10/12 | L | | |
| 597. - Chesapeake Energy | | | | | | | | | |
| 598. - China Res. Enter. | | | | | Sold | 04/05/12 | J | | |
| 599. - Cisco | | | | | Sold (part) | 05/25/12 | J | | |
| 600. - Citigroup | | | | | Sold | 08/16/12 | J | | |
| 601. - Coach | | | | | Sold | 01/11/12 | J | | |
| 602. - Cochlear | | | | | | | | | |
| 603. - Conoco | | | | | Sold (part) | 03/14/12 | J | | |
| 604. - Dassault | | | | | | | | | |
| 605. - DBS Group | | | | | | | | | |
| 606. - Devon Energy | | | | | | | | | |
| 607. - Diageo | | | | | Sold | 12/2/12 | J | A | |
| 608. - Directv | | | | | Sold | 2/17/12 | J | | |
| 609. - DuPont | | | | | Sold | 10/23/12 | J | | |
| 610. - Eaton | | | | | | | | | |
| 611. - EMC | | | | | Sold (part) | 5/17/12 | J | | |
| 612. - Emerson Elec. | | | | | Sold | 8/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Ensco | | | | | Sold (part) | 9/26/12 | J | A | |
| 614. - Erste | | | | | Sold | 7/17/12 | J | A | |
| 615. - Express Scripts | | | | | | | | | |
| 616. - Fanuc | | | | | | | | | |
| 617. - FedEx | | | | | | | | | |
| 618. - Fifth Third Bank | | | | | | | | | |
| 619. - Fresenius | | | | | | | | | |
| 620. - Gazprom | | | | | | | | | |
| 621. - General Motors | | | | | Buy (add'l) | 10/31/12 | J | | |
| 622. | | | | | Sold (part) | 5/8/12 | J | | |
| 623. - Gilead | | | | | Buy (add'l) | 10/5/12 | J | | |
| 624. - Goldman Sachs | | | | | Buy (add'l) | 12/21/12 | J | | |
| 625. - Google | | | | | Sold (part) | 3/14/12 | J | A | |
| 626. -Halliburton | | | | | Sold (part) | 2/16/12 | J | | |
| 627. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 628. - Hartford Fin. Serv. | | | | | | | | | |
| 629. - Home Depot | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Hoya | | | | | Sold | 12/4/12 | J | | |
| 631. - HSBC | | | | | Buy (add'l) | 5/23/12 | J | | |
| 632. -Icici Bank | | | | | | | | | |
| 633. - Imperial Oil | | | | | Buy (add'l) | 6/21/12 | J | | |
| 634. - Itau | | | | | Buy (add'l) | 12/13/12 | J | | |
| 635. - JGC | | | | | Buy (add'l) | 12/7/12 | J | | |
| 636. - JP Morgan Chase | | | | | Buy (add'l) | 12/18/12 | J | | |
| 637. - Kraft | | | | | Buy (add'l) | 5/21/12 | J | | |
| 638. - Li & Fung | | | | | Buy (add'l) | 5/14/12 | J | | |
| 639. - Lonza | | | | | Buy (add'l) | 5/23/12 | J | | |
| 640. - Lowes | | | | | Sold | 2/1/12 | J | A | |
| 641. | | | | | Buy | 11/21/12 | J | | |
| 642. - LVMH Moet | | | | | Buy (add'l) | 5/24/12 | J | | |
| 643. - Mastercard | | | | | | | | | |
| 644. - Merck | | | | | | | | | |
| 645. - Metlife | | | | | Sold (part) | 3/21/12 | J | A | |
| 646. | | | | | Buy (add'l) | 5/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.   - Microsoft | | | | | Sold (part) | 2/1/12 | J | | |
| 648. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 649.   - Monsanto | | | | | | | | | |
| 650.   - MTN Group | | | | | Sold (part) | 2/9/12 | J | | |
| 651.   - Nestle | | | | | Buy (add'l) | 6/5/12 | J | | |
| 652.   - Newmont | | | | | Buy (add'l) | 4/10/12 | J | | |
| 653.   - News Corp. | | | | | Sold (part) | 1/25/12 | J | A | |
| 654. | | | | | Buy (add'l) | 7/6/12 | J | | |
| 655.   - Nike | | | | | Sold | 12/13/12 | J | | |
| 656.   - Northrop Grumman | | | | | Sold | 8/13/12 | J | A | |
| 657.   - Novartis | | | | | Sold | 9/24/12 | J | A | |
| 658.   - Occidental Petroleum | | | | | Sold | 10/9/12 | J | | |
| 659.   - Oracle | | | | | Sold | 4/17/12 | J | | |
| 660.   - Petroleo | | | | | Sold (part) | 10/4/12 | J | | |
| 661.   - Pfizer | | | | | Buy (add'l) | 10/2/12 | J | | |
| 662.   - Phillip Morris | | | | | Sold (part) | 8/21/12 | J | A | |
| 663.   - PNC Financial | | | | | Sold (part) | 9/26/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Precision Castparts | | | | | Buy (add'l) | 5/21/12 | J | | |
| 665. | | | | | Sold (part) | 9/19/12 | J | A | |
| 666. - Qiagen | | | | | | | | | |
| 667. - Qualcomm | | | | | Sold (part) | 7/9/12 | J | | |
| 668. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 669. - Roche | | | | | Buy (add'l) | 5/18/12 | J | | |
| 670. - SAP | | | | | Buy (add'l) | 5/4/12 | J | | |
| 671. - SAO | | | | | Sold | 7/9/12 | J | A | |
| 672. - Sasol | | | | | Buy (add'l) | 6/27/12 | J | | |
| 673. - Schlumberger | | | | | Sold (part) | 3/27/12 | J | | |
| 674. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 675. - Schneider Elec. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 676. - Sonova | | | | | Buy (add'l) | 5/16/12 | J | | |
| 677. - Suntrust | | | | | Sold (part) | 5/23/12 | J | | |
| 678. - Swatch | | | | | Buy (add'l) | 5/24/12 | J | | |
| 679. - Taiwan Semiconductors | | | | | Buy (add'l) | 12/6/12 | J | | |
| 680. - Tesco | | | | | Buy (add'l) | 1/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

NEWMAN, Jon O.

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  - Turkiye Garanti | | | | | Buy (add'l) | 7/6/12 | J | | |
| 682.  - Unicharm | | | | | Buy (add'l) | 5/21/12 | J | | |
| 683.  - Unilever PC | | | | | Buy (add'l) | 1/4/12 | J | | |
| 684.  - United Health Group | | | | | Sold | 10/17/12 | J | A | |
| 685.  - United Parcel | | | | | Sold | 9/6/12 | J | | |
| 686.  - United Technologies | | | | | Sold (part) | 5/17/12 | J | A | |
| 687. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 688.  - Union Pacific | | | | | Sold (part) | 3/14/12 | J | A | |
| 689.  - US Bancorp | | | | | Sold (part) | 5/23/12 | J | A | |
| 690.  - Valero Energy | | | | | Buy (add'l) | 5/23/12 | J | | |
| 691.  - Viacom | | | | | Sold | 4/20/12 | J | | |
| 692.  - Walmart de Mexico | | | | | Sold | 4/24/12 | J | A | |
| 693.  - Wellpoint | | | | | Sold | 1/31/12 | J | A | |
| 694.  - Wells Fargo | | | | | | | | | |
| 695.  - WPP | | | | | Buy (add'l) | 6/1/12 | J | | |
| 696.  - Zimmer Holdings | | | | | Sold | 6/19/12 | J | A | |
| 697.  - IShares Barclays 7-10 year treasury bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - IShares Barclays TIPS bond Fund | | | | | | | | | |
| 699. - IShares MSCI EAFE Index Fund | | | | | Buy (add'l) | 5/23/12 | J | | |
| 700. - IShares Russell 1000 Index Value Fund | | | | | | | | | |
| 701. - IShares Russell 1000 Index Fund | | | | | Sold (part) | 2/6/12 | J | A | |
| 702. - IShares Iboxx H/Y Corp. bond Fund | | | | | | | | | |
| 703. - Vanguard Utilities ETF Fund | | | | | | | | | |
| 704. - Invesco mid cap core equity Y Fund | | | | | | | | | |
| 705. - Invesco AIM ATST Premier money mrkt. Inst. Fund | | | | | | | | | |
| 706. - Eaton Vance Floating Rate I Fund | | | | | | | | | |
| 707. - Legg Mason Western Assets emerg. mkt. debt I Fund | | | | | | | | | |
| 708. - Lord Abbett Bond deb F Fund | | | | | | | | | |
| 709. - Oppenheimer Intl Bond Y Fund | | | | | | | | | |
| 710. - Pimco Total Return P Fund | | | | | | | | | |
| 711. - Pimco Real Return P Fund | | | | | | | | | |
| 712. - Dolton IL Refunding '12 4.9 | | | | | Buy | 2/8/12 | L | | |
| 713. - Dolton IL Refunding '12 4.9 | | | | | Sold | 12/3/12 | K | | |
| 714. - IL G.O. '15 4.421 | | | | | Buy | 2/8/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

NEWMAN, Jon O.

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - American Intl Group | | | | | Buy | 10/10/12 | J | | |
| 716. - Anheuser-Busch | | | | | Buy | 6/28/12 | J | | |
| 717. - Bank of New York Mellon | | | | | Buy | 5/31/12 | J | | |
| 718. - Biogen | | | | | Buy | 10/31/12 | J | | |
| 719. - Bristol Myers Squibb | | | | | Buy | 7/18/12 | J | | |
| 720. - Broadcom | | | | | Buy | 3/5/12 | J | | |
| 721. | | | | | Sold | 5/25/12 | J | | |
| 722. - Caterpillar | | | | | Buy | 1/27/12 | J | | |
| 723. | | | | | Sold (part) | 7/27/12 | J | A | |
| 724. - Charles Schwab | | | | | Buy | 3/9/12 | J | | |
| 725. - Chevron | | | | | Buy | 7/18/12 | J | | |
| 726. - Comcast | | | | | Buy | 11/7/12 | J | | |
| 727. - Corning | | | | | Buy | 6/4/12 | J | | |
| 728. - CSL | | | | | Buy | 5/31/12 | J | | |
| 729. - CVS | | | | | Buy | 5/3/12 | J | | |
| 730. - EBay | | | | | Buy | 6/21/12 | J | | |
| 731. - Exxon Mobil | | | | | Buy | 5/10/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. - Freeport McMoran | | | | | Buy | 10/16/12 | J | | |
| 733. - General Electric | | | | | Buy | 6/21/12 | J | | |
| 734. - Hewlett Packard | | | | | Buy | 5/23/12 | J | | |
| 735. - Keycorp New | | | | | Buy | 8/21/12 | J | | |
| 736. - L'Oreal | | | | | Buy | 5/31/12 | J | | |
| 737. - Las Vegas Sands | | | | | Buy | 2/28/12 | J | | |
| 738. - Marsh & McClennan | | | | | Buy | 7/27/12 | J | | |
| 739. - Mondelez Intl | | | | | Buy | 1/18/12 | J | | |
| 740. - Netapp | | | | | Buy | 12/7/12 | J | | |
| 741. - Nokian Tyres OYJ | | | | | Buy | 3/12/12 | J | | |
| 742. - Peabody Energy | | | | | Buy | 12/13/12 | J | | |
| 743. - Pepsico | | | | | Buy | 5/17/12 | J | | |
| 744. - Petroleo Bras SA ADS | | | | | Buy | 10/4/12 | J | | |
| 745. - Potash | | | | | Buy | 9/26/12 | J | | |
| 746. - Rio Tinto | | | | | Buy | 12/14/12 | J | | |
| 747. - St. Jude Medical | | | | | Buy | 6/19/12 | J | | |
| 748. - Staples | | | | | Buy | 7/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Svenska | | | | | Buy | 7/23/12 | J | | |
| 750. - Sysmex Unspon ADR | | | | | Buy | 5/24/12 | J | | |
| 751. - Target | | | | | Buy | 11/15/12 | J | | |
| 752. - Thermo Fisher | | | | | Buy | 4/25/12 | J | | |
| 753. - Thomson Reuters | | | | | Buy | 2/1/12 | J | | |
| 754. - Time Warner | | | | | Buy | 7/11/12 | J | | |
| 755. - Walt Disney | | | | | Buy | 2/9/12 | J | | |
| 756. - Xinyi Glass | | | | | Buy | 7/9/12 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 49 of 50

Name of Person Reporting

NEWMAN, Jon O.

Date of Report

05/13/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Lines 1, 7, 53, 75 are headers

Line 2: This bank account is the same account listed on the 2011 report, but the account is now located at the Bank of America branch in Sarasota, FL.

Line 38: On the line above this entry on the 2011 report (line 47) was a duplicative entry of the bond on line 48 of the 2011 report. The duplicate line has been deleted. The one bond is now listed on line 38 of this 2012 report.

Lines 66-72: The names of these funds have been corrected per the Committee's Oct. 11, 2012, letter.

Lines 76 and 78: Since the death of my first wife, these properties have been owned solely by me.

Line 106: This bond, purchased in late 2011, was inadvertently omitted from the 2011 report.

Line 115: The Sara Lee transaction is listed on this report as a merger (for lack of a more accurate available entry option), but it was more complicated. Sara Lee shares were exchanged for Hillshire shares in a reverse split, and then Hillshire became DeMaster Blender, which is reported on line 233 as a buy (again, for lack of a more accurate available entry option).

Lines 210-231: The names of these funds have been corrected per the Committee's Oct. 11, 2012, letter.

Line 211: This fund was thought to be the same as the fund listed on line 210 of this report, but the funds are distinct and are now reported separately and identified by their correct names. They were bought on the same day in 2011 in the A value category. The fund was listed on line 245 of the 2011 report.

Line 214: The listing of Vanguard Intl. Fund, which had appeared as a buy on line 253 of the 2011 report, has been deleted as this is just another name for the fund that was shown on line 256 of the 2011 report. The entry on line 256 of the 2011 report should have shown in column D(1) "buy add'l" insteadof "buy." The correct name of the fund is shown on line 214 of this 2012 report.

Lines 341-354: The names of these funds have been corrected per the Committee's Oct. 11, 2012, letter.

Line 349: The listing for this fund should have been identified as separate from the fund listed on line 348 of this 2012 report, which was listed on line 472 of the 2011 report. The two funds are now listed separately.

Line 450: The stock on this line, which was listed on line 600 of the 2011 report, is one of two closely related companies, which were both owned in 2011 and are now listed separately on lines 450 and 451 of this 2012 report.

Lines 497-508: The names of these funds have been corrected per the Committee's Oct. 11, 2012, letter.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon O. NEWMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544